**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01258-WJM-MJW

STACY SUMMERS, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

TEXAS DE BRAZIL (DENVER) CORPORATION, a Colorado Corporation

    Defendant.

---

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
AND DISMISSING THIS CASE WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment, ECF No. 13, filed on August 1, 2011 (the "Joint Motion"). The Court has reviewed the record in this case, and has as well considered and reviewed the Parties' proposed Settlement Agreement. The Court finds that said Settlement Agreement is fair and equitable in all respects.

Accordingly, it is hereby ordered as follows:

1.    The Joint Motion is GRANTED;

2.    The proposed Settlement Agreement is APPROVED; and

3.    This action is DISMISSED WITH PREJUDICE, the parties to bear her or its own attorney's fees and costs.

Dated this 2nd day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge